FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 14 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



|  |  |
|---|---|
| In re: GRAND JURY INVESTIGATION, | No. 15-50450 |
| UNITED STATES OF AMERICA, | D.C. No. 2:15-cm-01014-UA-1<br>Central District of California,<br>Los Angeles |
| Plaintiff - Appellee, | |
| v. | ORDER |
| DOE APPELLANTS AND<br>CORPORATIONS, | |
| Respondents - Appellants. | |

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] Senior District Judge.

The opinion and memorandum disposition filed January 14, 2016, are hereby withdrawn. Redacted versions of the opinion and memorandum disposition will be filed forthwith.

---

[*] The Honorable George Caram Steeh III, Senior District Judge for the U.S. District Court for the Eastern District of Michigan, sitting by designation.